OCT 29 2026 PM2:04
FILED - USDC - FLMD - JAX

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-255- WWB-PDB
18 U.S.C. § 641
SKYLHAR S. DAVIS (Theft of Government Money or Property)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Theft of Government Money or Property)**

Beginning in or about June 2025, and continuing through in or about October, 2025, in the Middle District of Florida, and elsewhere, the defendant,

SKYLHAR S. DAVIS,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the United States Postal Service, a department and agency of the United States, that is, gasoline purchased with government financial accounts, with the intent to deprive the United States and the Unted States Postal Service of the use and benefit of the money and those things of value.

In violation of 18 U.S.C. § 641.

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By:
RICHARD L. LASSETER
Assistant United States Attorney

By:
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
10/20/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SKYLHAR S. DAVIS

INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

Foreperson

Filed in open court this 29th day of October, 2026.

Clerk

Bail $____________________